Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.

400 A.2d 610

Commonwealth v. Lesko, Appellant.

Petition for Allowance of Appeal Denied March 23, 1979.

Argued December 5, 1978. Christopher M. Cicconi, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.

400 A.2d 610

Commonwealth v. Lewis, Appellant.

Petition for Allowance of Appeal Denied March 16, 1979.

Argued December 5, 1978. Melvin J. Greenberg, for appellant; Eric B.

574

Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.

400 A.2d 610

Commonwealth v. McCaskill, Appellant.

Argued December 6, 1978. Saul H. Segan, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.

400 A.2d 611

Commonwealth v. Mercer, Appellant.